```
                    UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA      :      **CRIMINAL NO. 1:09-CR-159**
                              :
    v.                        :      (Chief Judge Kane)
                              :
ORSON ADAMS                   :      (Magistrate Judge Smyser)
                              :


## **REPORT AND RECOMMENDATION**

The defendant appeared before me on March 30, 2010 and entered a plea of guilty to the Superseding Information. The court conducted a full colloquy with the defendant and has determined the following:

> 1. That the defendant is competent to enter an informed plea;
>
> 2. That the defendant understands his rights;
>
> 3. That the defendant is aware of the nature of the charges and the consequences of the plea;
>
> 4. That the plea of guilty is voluntary and does not result from force, threats or promises other than the promises in the plea agreement;
>
> 5. That the plea is supported by an independent basis in fact.

On the basis of the foregoing, it is recommended that the court enter an Order adjudging the defendant guilty of the offense. By a separate Order, a presentence investigation was ordered with disclosure of the presentence report to the parties on or before May 25, 2010.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: April 1, 2010.