IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:CR-09-159 |
|---|---|---|
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| ORSON ADAMS | : | |

## **ORDER**

**WHEREAS**, this 20th day of April, 2010, there being no objections filed to the Magistrate Judge's Report and Recommendation issued April 1, 2010, **IT IS HEREBY ORDERED THAT** this Court accepts the Guilty Plea of the Defendant and sets July 27, 2010, at 11:00 a.m., as the sentencing date in the above case. Said sentencing shall be held in front of Chief Judge Kane in Courtroom No. 4, Eighth Floor, Federal Building, Harrisburg, Pennsylvania.

                                          S/ Yvette Kane
                                          Yvette Kane, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania